The People of the State of New York ex rel. Richard M. Cunningham, Appellant, *v.* William H. Osborn et al., as Commissioners of Highways of the Town of Tuxedo, Orange County, N. Y., Respondents.

*People ex rel. Cunningham* v. *Osborn,* 84 Hun, 441, affirmed.
(Submitted March 7, 1898; decided April 19, 1898.)

Appeal from a judgment of the late General Term of the Supreme Court in the second judicial department, entered April 4, 1895, affirming a judgment entered upon the dismissal of an alternative writ of mandamus after a trial before the Supreme Court.

*W. F. O'Neill* for appellant.

*A. H. F. Seeger* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur, except Vann, J., not voting.

---

Franklin Bank Note Company, Respondent, *v.* Charles W. Mackey, Appellant.

*Franklin Bank Note Co.* v. *Mackey,* 83 Hun, 511, affirmed.
(Argued March 17, 1898; decided April 19, 1898.)

Appeal from an order of the late General Term of the Supreme Court in the first judicial department, entered January 26, 1895, sustaining plaintiff's exceptions, to the direction by the court of a verdict in favor of defendant, ordered to be heard in the first instance at General Term, and granting a new trial.

*Henry L. Burnett* for appellant.

*William J. Gibson* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
All concur, except Martin and Vann, JJ., dissenting, and Parker, Ch. J., not sitting.